```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>
                                        Criminal No. 13-cr-19-01-JD
        v.

<u>Sennen Chow</u>


                           O R D E R

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Trial is continued to the two-week period beginning June 18, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.


        SO ORDERED.

                              */s/ Joseph A. DiClerico, Jr.*
                              Joseph A. DiClerico, Jr.
                              United States District Judge


Date: April 30, 2013

cc:  Behzad Mirhashem, Esq.
     Alfred J.T. Rubega, Esq.
     U.S. Marshal
     U.S. Probation