```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

                                          Criminal No. 13-cr-19-01-JD

    v.

Sennen Chow

## O R D E R

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted. Trial is continued to the two-week period beginning July 23, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              */s/ Joseph A. DiClerico, Jr.*
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: May 15, 2013

cc:  Behzad Mirhashem, Esq.
     Alfred Rubega, Esq.
     U.S. Marshal
     U.S. Probation