```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

                                             Criminal No. 13-cr-19-01-JD

    v.

Sennen Chow


## O R D E R

The assented to motion to reschedule jury trial (document no. 20) filed by defendant is granted; Trial is continued to the two-week period beginning Wednesday, October 16, 2013, 9:30 AM.

Defendant has already filed a waiver of speedy trial rights. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.


    SO ORDERED.

                                                */s/ Joseph A. DiClerico, Jr.*
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge


Date: July 26, 2013

cc:  Behzad Mirhashem, Esq.
     Alfred Rubega, Esq.
     U.S. Marshal
     U.S. Probation